VINCENT NUGENT v. KENNETH D. MOLLOY et al.— Motion to dismiss appeal granted, without costs. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

In the Matter of WARREN C. HARTY, Petitioner, v. ROBERT MOSES et al., Constituting the Triborough Bridge and Tunnel Authority, Respondents.— Motion for leave to appeal as a poor person granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said proceeding to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

In the Matter of the Estate of EPHRAIM R. BERNSTEIN, Deceased. GABRIEL KASLOW et al., as Executors of EPHRAIM R. BERNSTEIN, Deceased, Respondents; JOAN K. BERNSTEIN, Appellant. (Two Proceedings.) — Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

AMERICAN TRUST COMPANY v. BARNETT GLASSMAN. (Two Actions.) — Motion to dismiss appeals granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Motion for consolidation granted insofar as to allow appellant to have the appeals heard in one appeal book, without duplication of printing, upon condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

SILVIO POLITI v. IRVMAR REALTY CORP.— Motion for leave to dispense with printing granted insofar as to dispense with the printing in the record on appeal of plaintiff-respondent's Exhibits 1, 2, 3, 4 to 4D and 6 and defendant-appellant's Exhibit C on condition that the originals of said exhibits are filed with this court at the time of the filing of the appellant's points and notice of argument. The appellant's time within which to serve and file the record on appeal and appellant's points is extended to and including January 3, 1961, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

In the Matter of MAURICE EDELBAUM, an Attorney.— Motion for reinstatement to the Bar granted. Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.